IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER LEE; | ) |
| Plaintiff, | ) No. 07 C 2035 |
| vs. | ) Judge Lindberg |
| THE CITY OF CHICAGO, A Municipal Corporation; and Chicago Police Officers CHRIST SAVICKAS, Star 5991, ROBERT STEGMILLER, Star 18764, SEAN BRANDON, Star 18866, ISAAC LEE JR, Star 10353, COURTNEY HILL, Star 12283, TERRENCE MORRIS, Star 16465, CORNELIUS BROWN, Star 2235, LEVI ROBERTS, Star 12313, WILLIAM LAMAR, Star 9865, DENNIS HINES SR, Star 4086, and ANDREW SCHOEFF, Star 1249, | ) Judge Magistrate Keys<br>) Jury Demand |
| Defendants. | ) |

## OFFER OF JUDGMENT

Defendants, Christ Savichas, Robert Stegmiller, Sean Brandon, Isaac Lee, Courtney Hill, Dennis Hines, Terrence Morris, Cornelius Brown, Andrew Schoeff, Levi Roberts, and William Lamar ("Defendant Officers"), by and through one of their attorneys, Matthew R. Hader, Assistant Corporation Counsel for the City of Chicago, and Defendant, City of Chicago ("Defendant City"), by and through its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, and pursuant to Fed. R. Civ. P. 68, jointly make the following offer of judgment to Plaintiff, Walter Lee:

1. Defendant City and Defendant Officers offer to allow judgment to be taken against them and in favor of Plaintiff, Walter Lee, in the total amount of TWENTY

1

THOUSAND AND ONE DOLLAR AND NO/100 ($20,001.00), plus reasonable attorney's fees and costs accrued prior to the date of this offer in an amount to be determined by the Court.

2. This offer of judgment is inclusive of all claims plaintiff has or may have against the City of Chicago, Defendant Officers, and any other current of former employees or agents of the City of Chicago arising from the incident or injuries alleged in Plaintiff's Third Amended Complaint.

3. Pursuant to Fed. R. Civ. P. 68, an offer not accepted within ten (10) days after service of the offer shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.

4. This offer must be accepted by Plaintiff against all Defendants in this matter. Acceptance of this offer of judgment by Plaintiff against fewer than all Defendants shall be deemed a rejection of this offer.

Dated this 10th day of July, 2008.

Respectfully submitted,

Mara S. Georges
Corporation Counsel

By: MEGAN MCGRATH
Assistant Corporation Counsel

MATTHEW R. HADER
Assistant Corporation Counsel
Attorney for Defendants

30 North La Salle Street
Suite 1400 / Suite 1020
Chicago, Illinois 60602
(312) 742-9586 / (312) 744-8369

2

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and foregoing **OFFER OF JUDGMENT** to be hand delivered to the following person:

> Lawrence V. Jackowiak
> Louis J. Meyer
> Law Offices of Lawrence V. Jackowiak
> 20 N. Clark Street, Suite 1700
> Chicago, IL 60602
> (312) 795-9595

on this 10th day of July, 2008.

_____
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-9586
Atty. No. 06284330

3