LAW OFFICES OF

# LAWRENCE V. JACKOWIAK

20 NORTH CLARK STREET – SUITE 1700
CHICAGO, ILLINOIS 60602

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss

TELEPHONE (312) 795-9595
FACSIMILE (312) 795-1949

*Paralegals*
Edith Cudzich
Andrea Hangst

July 21, 2008

*via hand-delivery*

Matt Hader
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602

Re: <u>Lee v. City of Chicago, et al.</u>, 07 C 2035

Dear Matt,

I write to accept Defendants' Offer of Judgment. I will forward you a copy of our attorney's fees and costs up to and including July 10, 2008.

Thank you for your attention to this matter. Please feel free to contact me with any questions.

Sincerely yours,

Louis J. Meyer

LJM/ah
cc: Megan McGrath, Tom Platt